180 GOLDHAMER vs. CIRCUIT JUDGE (Wayne), No. 15176; 65 N. W., 97; 2 D. L. N., 642.

To compel vacation of order granting leave to appeal from a judgment of $25 and costs, rendered by a justice of the peace where circuit judge returns that leave was granted under the third subdivision of Act No. 460, Local Acts 1895.

Granted December 3, 1895, with costs, holding that said act cannot be construed as giving the Circuit Court discretionary power with respect to dilatory appeals.

181 SWEGLES vs. CIRCUIT JUDGE (Wayne), No. 15684; 68 N. W., 649; 3 D. L. N., 521.

To vacate an order permitting appellant (defendant) to dismiss an appeal from the judgment of a justice, "on payment to the clerk of $5 over and above the judgment below" (which was for $5 and costs), and allow full statutory costs under How. Stat., Sec. 7021.

Denied without costs, October 20, 1896, on the ground that relator's motion in the court below should have been to vacate the order made and not for full costs, in the face of the order.

Held, that under the statute appellee was entitled to costs.